## THE PHŒNIX CONSTRUCTION COMPANY *v.* THE STEAMER POUGHKEEPSIE &c. AND THE STEAMER HOMER RAMSDELL &c. CENTRAL HUDSON STEAMBOAT COMPANY, CLAIMANT.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 401. Motion to dismiss or affirm.—Submitted October 26, 1908.—Decided November 30, 1908.

The judgment of the admiralty court dismissing for want of jurisdiction a libel against a vessel for damages to a pipe on the bottom of the Hudson River, affirmed without opinion.

*Mr. E. Crosby Kindelberger* for libellant appellant:

*Mr. J. Parker Kirlin* for claimant appellee.

*Per Curiam:* Decree affirmed with costs. *Cleveland Terminal & Valley Railroad Company* v. *Cleveland Steamship Company,* 208 U. S. 316; *The Troy,* 208 U. S. 321.